1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada

3  CAROLYN CHEN, CSBN 256628
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8956
   Facsimile: (415) 744-0134
6  E-Mail: carolyn.chen@ssa.gov

7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI A. COLWELL, | ) |
| | ) Case No.: 2:20-cv-00544-DJA |
| Plaintiff, | ) |
| | ) **ORDER GRANTING STAY OF** |
| vs. | ) **PROCEEDINGS** |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon Defendant's Motion for Stay of Proceedings, and for cause shown, **IT IS ORDERED** that the above-captioned action be stayed until such time as the Social Security Administration (SSA) regains the capacity to produce the certified administrative record (CAR) necessary to answer and adjudicate this case.

Once SSA resumes producing CARs, and has a CAR available in this case, **IT IS ORDERED** that Defendant shall file the CAR. This action by the Defendant will have the effect of automatically lifting the stay. Thereafter, the court shall issue a scheduling order consistent with the court's current practices. No motion or other notification will be required to lift the stay.

IT IS SO ORDERED:

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: April 30, 2020

[Proposed] Order; No. [case no.]